**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROMARIO V. WALLER,                                                    PLAINTIFF
ADC #108263

v.                          5:12CV00081JJV

JARED K. BYERS, CSO, Arkansas
Department of Correction; *et al*.                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this <u>12th</u> day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE